IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TAYLOR CHARLES,[1] | § | |
| | § | |
| Respondent Below, | § | No. 445, 2022 |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| ABIGAIL CHARLES, | § | File Nos. CK17-01606, CK17-01607 |
| | § | Petition Nos. 21-23983, 21-23990 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: February 7, 2023
Decided: February 21, 2023

## **ORDER**

On December 2, 2022, the appellant, Taylor Charles, filed a notice of appeal from the Family Court's decision rescinding her guardianship of two of her grandchildren. The Senior Court Clerk directed Charles to pay the filing fee or file a motion to proceed *in forma pauperis* by January 11, 2023. Charles did not pay the filing fee or file a motion to proceed *in forma pauperis*. On January 24, 2023, the Senior Court Clerk issued a notice, by certified mail, directing Charles to show cause why this appeal should not be dismissed for her failure to pay the filing fee or file a motion to proceed *in forma pauperis*. Postal records show delivery of the notice to show cause on January 26, 2023. A timely response to the notice to show cause

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

was due on or before February 6, 2023. To date, Charles has not responded to the notice to show cause, paid the filing fee, or filed a motion to proceed *in forma pauperis*. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice